

## NUMBER 13-11-00663-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

ROBERT J. MATTINE,                                                      Appellant,

v.

BEAKLEY & ASSOCIATES,
P.C.AND JOHN W. BEAKLEY,                                              Appellees.

**On appeal from the 359th District Court
of Montgomery County, Texas.**

## O R D E R

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

This appeal was abated by this Court on April 27, 2012, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal.

The Court hereby orders the parties to file, within fourteen days of the date of this order, an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.

Failure to respond to this order will result in reinstatement and dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

It is so ORDERED.

PER CURIAM

Delivered and filed the
27th day of January, 2015.